```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

JENSENS TWIN PALM RESORT & MARINA,
as owner of a 25' Maurell motor
vessel, bearing the Hull
Identification No.: MAU02136A101
and Florida Registration No.:
FL7280LM, for Exoneration from or
limitation of liability,

                                                                  Case No.  2:03-cv-678-FtM-33DNF
                Petitioner,
v.

DOVILE PETRIKONYTE as Power of Attorney
for the Parents of the Deceased,
Egidijus Poderys,

                Claimant.
_____/

**<ins>ORDER</ins>**

      This matter comes before the Court upon Claimant/Respondent's Notice of Filing Fully Executed Fifth Amended Motion to Lift Order Restraining Suits and Fourth Amended Stipulation (Joint) (Doc. # 87), which was filed on April 5, 2006.

      In an Order issued on March 24, 2006, this Court evaluated the successive stipulations filed by the parties and outlined the terms of a model stipulation that this Court determined should govern the proceedings. (Doc. # 84).  This Court requested that the parties sign the model stipulation and file it within ten days.  The parties have complied with the terms of the Order by filing the executed stipulation (Doc. # 87).  Accordingly, this Court finds it appropriate to grant Claimant/Respondent's Motion to Lift Order

Restraining Suits (Doc. # 87).

The portion of the Order of Judge Steele entered on December 17, 2003, which restrained suits (Doc. # 3) is vacated. The Claimant/Respondent may pursue the wrongful death action currently pending in Orange County, Florida. The stipulation filed on April 5, 2006, is consistent with <u>Beiswenger Enterprises Corp. v. Carletta</u>, 86 F.3d 1032 (11th Cir. 1996). The Court approves the stipulation, and the stipulation shall govern the proceedings in all fora. This case shall be administratively closed and stayed pending the state court litigation. The parties shall notify this Court as to the status of the state court proceedings, by written notice, every sixty (60) days until such time as the stay is due to be lifted. In addition to providing a status report every sixty (60) days, the parties shall immediately inform this Court, in writing, upon the conclusion of the state court proceedings, or if the case is resolved by settlement or other means.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Claimant/Respondent's Fifth Amended Motion to Lift Order Restraining Suits (Doc. # 87) is **GRANTED** and the Fourth Amended Stipulation contained within the Motion to Lift Order Restraining Suits (Doc. # 87) is **APPROVED** and **ADOPTED.** The restraint on suits entered on December 17, 2003, is lifted.

(2) This case is **STAYED** while the case is tried in state court.

(3) The parties shall notify this Court as to the status of the state court proceedings, by written notice, every **SIXTY (60) DAYS** until such time as the stay is due to be lifted. The parties shall immediately inform this Court, in writing, upon the conclusion of the state court proceedings, or if the case is resolved by settlement or other means.

(4) The Clerk shall terminate all pending deadlines and motions, and administratively close the case.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>6th</u> day of April, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record